United States District Court
District of Oregon

FILED 21 FEB '20 11:19 USDC-ORP

~~United States~~
A.B. et al.

v.

Andrew Kowalczyk

Case No: 3:19-CV-1521-MO

~~Emergency~~ Motion to continue or Stay. Notice of Denial to access to Courts. Declaration in support. Motions

I Andrew Kowalczy declare and move:

Defendant ~~requested~~ Moves for a stay or continuance from 2/24/2020 deadline. Defendant has no time to write a full continuance motion and stay and reserves the right to do so. Defendant has been illegally put in SHU and cut off from all communication, legal material, law library access, paper, writing instrument, stamps to mail ect. Defendant recieve it's first communication from this court on this case. Defendant moves for a stay or continuance ~~and so~~ so defendant can file proper continuance. Defendant just recently got out of SHU and is dealing with Extreme abuse and harassment from staff. Legal mail is not being given to him from appeal attorney for example. Defendant has no use of phone, email, Defendant keeps getting falsely wrote up and put in SHU for trying to use grievance process, almost all his legal material was thrown away by staff. Defendant intends on mailing a more complete motion to continue - stay - leave on Monday Feb. 17th.

Pg 1

Defendant moves this court to stay all actions until it recieves the complete motion. Defendant needs to conduct discovery to prove that the complaint was never served. There are records from Sheridan that show I was on suicide watch and the complaint/summons impossible to serve on me. I p move to dispose the process server and officers at Sheridan involved. Further, I need more time for writing a response after I see the complain. Further, I believe I found that D.L. has no standing or ability to fil sue me as the statue of limitations has expired for her to do so under 18 USC 2255, 3 years past 18 has expired for D.L., the statue is not retro active. I move to dismiss her complaint and need time to write the proper motion. I further believe that Erin Olsen has no standing to file lawsuit on behalf of AB and SB and move to dismiss on those grounds - I need more time to develop that motion.

I've had a denial of access to the courts and need more time.

Pg2

I ask for a continuance on that ground so I can further develop record and explain to the court why. My family hired a civil rights attorney to help and they did not help.

I declare under the penalty of perjury that the above is true and correct under the laws of the U.S.

2/14/20
Date

Andrew Kowalczyk

pg 3 of 3