IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| A.B. and S.B., Minors, by and through Erin K. Olson, their Conservator, and D.L.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW FRANKLIN KOWALCZYK,<br><br>　　　　　　Defendant. | Case No. 3:19-cv-1521-MO<br><br>**DECLARATION OF TAMMY RUNYON** |

I, Tammy Runyon, depose and state as follows:

1.　　I am over 18 years of age, and I make this declaration from personal knowledge of the facts stated herein.

2.　　I am employed as a Civil Deputy with the Yamhill County Sheriff's Office, and have been so employed for more than 23 years. My full-time job is to serve civil process.

3.　　I received documents for service on Andrew Franklin Kowalczyk by mail on September 30, 2019. Consistent with my routine practice, after receiving and briefly reviewing the documents, I prepared a service jacket listing each of the documents to be served on Mr. Kowalczyk from which the affidavit of service would later be printed. In doing so, I obtained the title of each document from the document itself.

4.     Because Mr. Kowalczyk was in custody at the Federal Correctional Institution at Sheridan, I had to make an appointment to serve him, and I made an appointment for October 3, 2019. When making the appointment, I was advised the process would be different than usual because Mr. Kowalczyk was in the Medical Services unit.

5.     On October 3, 2019, accompanied by Candice Bernard, the other Civil Deputy with the Yamhill County Sheriff's Office who serves process, I was led to the door of a small room in the Medical Services unit of FCI-Sheridan where a man identified to me by prison employees as Andrew Franklin Kowalczyk was laying on a gurney bed. He came to the window of the door, and I asked if he was Andrew Kowalczyk. He said he was, and I handed the legal documents to him. As he took them, he asked me what they were, and I responded that they looked like court papers.

6.     I have been shown a booking photograph of Andrew Franklin Kowalczyk, and I am certain he was the person I served in the Medical unit at FCI-Sheridan on October 3, 2019.

7.     The documents I served on Mr. Kowalczyk on October 3, 2019, are listed in the Affidavit of Service attached hereto.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on January 3, 2020.

_Tammy Runyon_
Tammy Runyon

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF OREGON

Case # 3:19-CV-01521-MO

A.B. AND S.B., MINORS, BY THROUGH ERIN K OLSON THEIR CONSERVATOR
AND D.L.
    Plaintiff

vs.                                          **AFFIDAVIT OF SERVICE**

ANDREW FRANKLIN KOWALCZYK  #39532-086
    Defendent

I hereby state that I received the within SUMMONS IN A CIVIL ACTION/COMPLAINT/MOTION BY PLAINTIFF D.L. TO PROCEED USING INITIALS/DECLARATION OF CAROL L HEPBURN IN SUPPORT OF MOTION BY PLAINTIFF D.L. TO PROCEED USING INITIALS/CIVIL CASE ASSIGNMENT ORDER/DISCOVERY AND PRETRIAL SCHEDULING ORDER/INITIAL CASE FORMS on 09/30/19. That on the 10/03/19, at 1:00 PM. I served a true copy of the same on ANDREW FRANKLIN KOWALCZYK  #39532-086, ,  at 27072 FCI-BALLSTON ROAD , SHERIDAN , OR 97378 in the County of Yamhill, State of Oregon, as follows:

( ✓ ) PERSONAL SERVICE. ANDREW FRANKLIN KOWALCZYK  #39532-086  By delivering such true copy to him/her personally and in person.

(   )*SUBSTITUED SERVICE. ANDREW FRANKLIN KOWALCZYK  #39532-086  By delivering such true copy to his/her dwelling or usual place of abode to ANDREW FRANKLIN KOWALCZYK  #39532-086   who is a person over the age of 14 years and who resides at the dwelling house or usual place of abode.

(   ) TENANT OF MAIL AGENT. ANDREW FRANKLIN KOWALCZYK  #39532-086   By delivering a true copy of such to  ANDREW FRANKLIN KOWALCZYK  #39532-086   the person apparently in charge of 27072 FCI-BALLSTON ROAD , SHERIDAN , OR 97378 the place where the mail agent receives mail for the tenant.

(   )*OFFICE SERVICE. ANDREW FRANKLIN KOWALCZYK  #39532-086  By delivering a true copy at the office which he/she maintains for the conduct of business by leaving such true copy with ANDREW FRANKLIN KOWALCZYK  #39532-086  the person who is apparently in charge.

(   ) SERVICE ON CORPORATIONS, ETC.
    (A) By delivering such true copy, personally and in person, on ANDREW FRANKLIN KOWALCZYK  #39532-086   who is a/the_____ ; OR
    (B) By leaving such true copy with ANDREW FRANKLIN KOWALCZYK  #39532-086  the person who is apparently in charge of the office of ANDREW FRANKLIN KOWALCZYK  #39532-086 , who is a/the _____ thereof.

I further state that I collected $ 45.00 as my lawful fees for this service
Dated 10/03/19.

TIM SVENSON, Sheriff
Yamhill County, Oregon

535 NE 5th St. Rm 143
McMinnville, OR 97128
(503)434-7506
By: T. RUNYON, Deputy

SUBSCRIBED AND SWORN to before me this 4th of October of 2019

Notary Public for Oregon

JOSH LAMBORN
50 SW PINE STREET
PORTLAND OR 97204

OFFICIAL STAMP
CANDICE BERNARD
NOTARY PUBLIC-OREGON
COMMISSION NO. 970512
MY COMMISSION EXPIRES FEBRUARY 19, 2022

My Commission expires: 2/19/22

19/2147