United States District Court
District of Oregon

| A.B. et al. <br> v. <br> Andrew Kowalczyk <br> Defendant. | Civil case #: 3:19-cv-01521-MO <br><br> Motion to stay or continue, notice of denial of access to courts do to Coronavirus - U.S.P. on lockdown. Notice of prior mailing of submissions. Motion to leave. |
|---|---|

Defendant hereby moves for a stay or continuance do to the Coronavirus, U.S.P. Tucson where defendant is housed has been on lockdown for past two months approximately. For the past month more severely - totaly. Further, Defendant was attacked and is in SHU where all his legal material has been taken from him (all his property was taken) since 3/26/20. In the SHU only 3 pieces of paper are given, one golf pencil, SHU staff did not sell commissary to Defendant thus he could not buy stamps to mail even (another, inmate gave stamp to mail this). Defendant has no access to law library and any of his materials, ect. It is moved for a stay or continuance until the Coronavirus lockdown is over — motion to leave 4/8/20 summery judgement is move for do to the above too. Further, notice is given Defendant did mail in a short reply done with out legal materials in March, it is unknow if this court recieve it, but one was mailed in weeks before 4/8 deadline. Further, a simular reply was mail to Defendants father in Portland around the same time including the same content. The reply contained the following motions for dismisals/summery judgement based on Rule 12(b) (1-6)

over →

Pg 1 of 2

rule 4 or 5 violations:

① D.L. claim must be dismissed do to statue of limitations expired under 18 USC 2255, 3 years past 18 years old, D.L. was 23 years old when suit file. ect.

② The declaration by Yamhill sheriff service is fraudulent, it is impossible to hand me personally complaint/summons while I was on suicide watch at Sheridan FCI, motion to leave filed to conduct discovery – subpoenas requested. Sheridan staff, policy, phycologist, records in existence will show Defendant could not possess anything, be given any papers while on suicide watch, Defendant never given papers!

③ That Erin Olsen as conservator has/had no standing to file this lawsuit on behalf of AB, SB and D.L., thus the lawsuit is invalid – must be dismissed. Olsen never appointed for this civil case.

④ The conviction plaintiffs rely on is based on fraudulent, corrupt evidence – court – ineffective counsel – corrupt court – inadmissable evidence – perjured testimony – fraud – and cannot be de facto proof of the crime occuring.

⑤ Also this court has been moved to recuse itself, see records in criminal case 3:08-95-MO

_____4/16/20_____          _____
           Date                      Mr. Andrew Kowalczyk
                                           PROSE

Pg 2 of 2