**Carol L. Hepburn, OSB 032110**
200 First Avenue West, #550
Seattle, WA 98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net

*Attorneys for Plaintiff D.L.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| A.B. and S.B., Minors, by and through Erin K. Olson, their Conservator, and D.L.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW FRANKLIN KOWALCZYK,<br><br>Defendant. | Case No. 3:19-cv-1521-MO<br><br>**DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF D.L.'s RESPONSE IN OPPOSITION TO DEFENDANT KOWALCZYK'S MOTION TO DISMISS COMPLAINT**<br><br>MOTION TO DISMISS FILED: July 7, 2020<br><br>JUDGE: Michael W. Mosman, United States District Judge |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Oregon:

1. I represent the Plaintiff D.L. and make this declaration in support of her Response in Opposition to Defendant Kowalcyzk's Motion to Dismiss Complaint.

2. Attached at Ex. 1 is a true and correct copy of the Order Denying Defendant's Motion to Dismiss in *Amy et al v. Randall Steven Curtis,* USDC No. 19-cv-2184-PJH, 2019 WL 4141926.

//

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF D.L.'s RESPONSE IN OPPOSITION TO DEF KOWALCZYK'S MOTION TO DISMISS THE COMPLAINT - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

Dated: July 20, 2020.

CAROL L. HEPBURN, P.S.

By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net

*Attorney for Plaintiff D.L.*

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF D.L.'s  RESPONSE IN OPPOSITION TO DEF KOWALCZYK'S MOTION TO DISMISS THE COMPLAINT - 2

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

# CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served a true copy of the foregoing document and its supporting "Plaintiff D.L.'s Response in Opposition to Defendant's Motion to Dismiss" on the defendant by prepaid, first-class mail, addressed as follows:

Andrew Franklin Kowalczyk, USM No. 39532-086
USP-Tucson
PO Box 24550
Tucson, AZ  85734

Dated:  July 20, 2020.

CAROL L. HEPBURN, P.S.

By  /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net

*Attorney for Plaintiff D.L.*

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF PLAINTIFF D.L.'s  RESPONSE IN OPPOSITION TO DEF KOWALCZYK'S MOTION TO DISMISS THE COMPLAINT - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273